IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

NATHANIEL SPEAK, ADC #651149                                                              PLAINTIFF

v.                                         NO. 1:16CV00062 JLH-JTR

IZARD COUNTY DETENTION FACILITY, *et al.*                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this case is dismissed without prejudice. The action is terminated, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 18th day of July, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE